## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Patrick, Sandra A

Printed: 5/13/08

Case Number: 06 B 09712
Judge: Hollis, Pamela S
Filed: 8/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  May 8, 2008
Confirmed:  October 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 31,164.00 |  |
| Secured: |  | 27,181.48 |
| Unsecured: |  | 2,105.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 274.00 |
| Trustee Fee: |  | 1,602.71 |
| Other Funds: |  | 0.00 |
| Totals: | 31,164.00 | 31,164.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jeff Whitehead | Administrative | 274.00 | 274.00 |
| 2. | HSBC Mortgage Services | Secured | 25,040.96 | 22,451.58 |
| 3. | HSBC Mortgage Services | Secured | 15,881.08 | 4,729.90 |
| 4. | Capital One | Unsecured | 581.52 | 71.01 |
| 5. | World Financial Network Nat'l | Unsecured | 880.77 | 107.56 |
| 6. | Capital One | Unsecured | 2,208.27 | 269.67 |
| 7. | World Financial Network Nat'l | Unsecured | 548.13 | 66.94 |
| 8. | RoundUp Funding LLC | Unsecured | 3,694.31 | 451.16 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | 1,212.67 | 148.09 |
| 10. | Wells Fargo Financial | Unsecured | 3,301.24 | 403.15 |
| 11. | ECast Settlement Corp | Unsecured | 553.95 | 67.65 |
| 12. | Resurgent Capital Services | Unsecured | 3,158.37 | 385.70 |
| 13. | Resurgent Capital Services | Unsecured | 1,104.52 | 134.88 |
| 14. | BP Oil Co | Unsecured |  | No Claim Filed |
| 15. | Card Processing Center | Unsecured |  | No Claim Filed |
| 16. | Central Credit | Unsecured |  | No Claim Filed |
| 17. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 18. | Washington Mutual Bank FA | Unsecured |  | No Claim Filed |
| | | | $ 58,439.79 | $ 29,561.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 641.09 |
| 5.4% | 961.62 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Patrick, Sandra A

Printed:  5/13/08

Case Number:  06 B 09712

Judge:  Hollis, Pamela S

Filed:  8/10/06

_____
$ 1,602.71

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: